**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)
**Ellen M. McDowell**
**McDowell Law, P.C.**
46 West Main Street
Maple Shade, NJ 08052
856-482-5544
856-482-5511 (facsimile)
emcdowell@mcdowelllegal.com
Counsel to Debtor

In Re:

Princeton Avenue Group, Inc.,

        Debtor.

Case No.:  19-19841 - JNP

Hon. Jerrold N. Poslusny, Jr.

Chapter: 11

Hearing Date: February 25, 2020, 10:00 AM

## NOTICE OF MOTION TO EXTEND TIME FOR CONFIRMATION IN ACCORDANCE WITH SECTION 1129(e) AND SECTION 1121(e) OF THE BANKRUPTCY CODE

TO:    ALL PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that on the 25th day of February, 2020 at 10:00 in the morning or as soon thereafter as counsel may be heard, the undersigned, as counsel for Princeton Avenue Group, Inc. (the "Debtor"), shall move before the Honorable Jerrold N. Poslusny, Jr., U.S.B.J. at the United States Bankruptcy Court, 401 Market Street, Camden, New Jersey 08103 for the entry of an **Order extending time for confirmation in accordance with Section 1129(e) and Section 1121(e) of the Bankruptcy Code.**

<u>**YOUR RIGHTS MAY BE AFFECTED**</u>. You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY
## IN ACCORDANCE WITH .N.J. LBR 9013-2

This Motion/Application requests an **Order extending time for confirmation in accordance with Section 1129(e) and Section 1121(e) of the Bankruptcy Code.**

The facts relied on by the Debtor/Petitioner that are set forth in this Motion do not present complicated questions of fact or unique questions of law. Therefore, no brief is necessary for the Court's consideration of this Motion/Application.

                                                McDowell Law, PC
                                                Attorneys for the Debtor

Dated: February 20, 2020          By:  */s/Ellen M. McDowell*
                                                      Ellen M. McDowell