UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------X
                                          :

In re:                                        :         Chapter 11
                                          :

PRINCETON AVENUE GROUP, INC.,  :         Case No.: 19-19841(JNP)
                                          :

                 Debtor        :
                                          :
---------------------------------------------------------X


**NOTICE OF MOTION FOR PROTECTIVE ORDER**

TO:    Angela Baglanzis, Esq.
         Obermayer Rebmann Maxwell & Hippel
         Centre Square West
         1500 Market Street | Suite 3400
         Philadelphia, PA 19102-2101

         Attorneys for Arlene Pero and Jill Swersky

     PLEASE TAKE NOTICE that as soon as counsel may be heard per the Motion Limiting Notice, the undersigned, attorneys for Princeton Avenue Group, Inc. will move before the United Stated Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101, Courtroom 4C for a Protective Order limiting the deposition testimony of the Debtor relating to the Debtor's objections to the Proofs of Claim of Arlene Pero and Jill Swersky.

     IN SUPPORT of this motion Princeton Avenue Group, Inc. relies upon the attached Certification and Memorandum of Law.

     **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.).

     If you do not want the court to grant the relief sought in this motion, or if you want your court to consider your views on the motion, then within the time set forth by the Rules of Court,

you or your attorney must file with the court a written request for a hearing or an answer explaining your position at:

Clerk, United States Bankruptcy Court<br>
401 Market Street<br>
Camden, NJ 08101

You must also mail a copy to the movant's attorney at:

Ellen M. McDowell, Esq.<br>
McDowell Law, P.C.<br>
46 W. Main Street<br>
Maple Shade, NJ 08052

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

TAKE FURTHER NOTICE that oral argument is hereby requested.

McDowell Law, PC
Attorneys for Princeton Avenue Group, Inc.

BY:/s/ Ellen M. McDowell
    Ellen M. McDowell

Dated: July 27, 2020