# EXHIBIT "C"

# Ellen McDowell

| | |
|---|---|
| **From:** | Baglanzis, Angela <angela.baglanzis@obermayer.com> |
| **Sent:** | Sunday, July 26, 2020 12:31 PM |
| **To:** | Ellen McDowell |
| **Subject:** | Re: Princeton Avenue Group |

Ellen,

If it is still your position that the debtor's finances and loans are beyond the scope then I don't believe we are in agreement. Your clients deposition was noticed and scheduled once before and there was no issue with raised as to the categories of examination, I was under no obligation to reissue the notice as there was an agreement to the new date.

I believe I responded to the other email you had sent, having two email chains with you, it may have gone unnoticed.

Angela

Sent from my iPhone