**Ellen M. McDowell**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**856-482-5544**
**emcdowell@mcdowelllegal.com**
*Attorneys for Debtor*

---

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE:** | **Case No.: 19-19841-JNP** |
| **Princeton Avenue Group, Inc.,** | **Chapter No.: 11** |
| **Debtor** | |

---

## ORDER LIMITING DISCOVERY PERTAINING TO CLAIMS OBJECTIONS

The relief requested on pages two (2) through two (2) attached hereto is hereby **ORDERED.**

Debtor:            Princeton Avenue Group, Inc.
Case No.:          19-19841-JNP
Caption or Order:  Order Limiting Testimony Pertaining to Claims Objections

Upon consideration of the Debtor's motion for a Protective Order, and for good cause shown, it is hereby **ORDERED** as follows:

1. The testimony adduced at the deposition of Debtor's representative shall be limited to evidence relating to Numbers 7, 8, 13 and 14 on the Subpoena served by Creditors' counsel on July 24, 2020.
2. The documents the Debtor is required to produce shall be limited to Number 1 on the Document Request served by Creditors' counsel.