# EXHIBIT "B"

# Ellen McDowell

| | |
|---|---|
| **From:** | Baglanzis, Angela <angela.baglanzis@obermayer.com> |
| **Sent:** | Friday, July 24, 2020 7:50 PM |
| **To:** | Ellen McDowell |
| **Subject:** | Re: Princeton Avenue Group |
| **Attachments:** | image001.jpg; ATT00001.htm; image002.jpg; ATT00002.htm; image003.jpg; ATT00003.htm; image004.jpg; ATT00004.htm; PAG - 30(b)(6) Deposition Notice to PAG.pdf; ATT00005.htm |

Hi Ellen,

Your client failed to produce documents our discovery requests as well - so your position doesn't surprise me.  Let me know what you find objectionable and we can discuss it.

Angela

Sent from my iPhone

1