# EXHIBIT "C"

# Ellen McDowell

**From:** Ellen McDowell
**Sent:** Friday, July 24, 2020 8:11 PM
**To:** 'Baglanzis, Angela'
**Subject:** FW: Princeton Avenue Group
**Attachments:** interrogatory answers for service.pdf; DEBTOR'S RESPONSE TO RFP.pdf; final doc production.pdf

FYI, see below and attached.  I guess Alicia did not advise you that my client answered discovery in a timely fashion.

**From:** Ellen McDowell
**Sent:** Friday, April 24, 2020 3:54 PM
**To:** 'Sandoval, Alicia' <alicia.sandoval@obermayer.com>
**Subject:** Princeton Avenue Group

Alicia, here are my client's responses to your clients' discovery requests.

**Ellen M. McDowell, Esq.** | *Managing Shareholder*



**46 West Main Street**
**Maple Shade, NJ 08052**
**Phone: (856) 482-5544**
**Fax: (856) 482-5511**
**www.mcdowelllegal.com**

This email message may be a privileged and confidential attorney-client communication that is intended only for the use of the person, firm or entity to whom or to which it is directed. If you are not an intended recipient of this message, please understand that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this message in error or are not a named recipient(s), please immediately notify us at (856) 482- 5544 and delete this e-mail message from your computer.  Thank you.

If this email message is directed to one of our clients, it is deemed to be an attorney-client communication which is privileged under both federal and state law. However, if you disclose the content of this message to a third person, such as by forwarding it via email, you may be waiving the attorney-client privilege, not only as to this message, but as to all of our communications. If you have any questions about disclosing this message to third persons, please contact us immediately.

DEPT. OF TREASURY CIRCULAR 230 DISCLOSURE:  No written statement to be provided by McDowell Law, PC relating to any Federal tax transaction or matter is intended to be used, and no such statement can be used by the taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.  Such written statement is further not intended to be used and may not be used by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s).  Any tax advice contained in this communication, including any attachments, should not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and cannot be used, by a taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.