| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>Edmond M. George, Esquire<br>Angela L. Mastrangelo, Esquire<br>Obermayer Rebmann Maxwell & Hippel LLP<br>1120 Route 73, Suite 420<br>Mt. Laurel, NJ 08054<br>(856) 795-3300<br>edmond.george@obermayer.com<br>angela.mastrangelo@obermayer.com<br>*Attorneys for Arlene Pero and Jill Swersky* |

| | |
|---|---|
| **In re:** | **Case No.:  19-19841 (JNP)** |
| **PRINCETON AVENUE GROUP, INC.,** | **Chapter 11** |
| **Debtor.** | **Hearing Date: August 25, 2020**<br>**Hearing Time: 11:00 a.m.**<br>**Courtroom: 4C**<br><br>**Judge: Jerrold N. Poslusny, Jr.** |

**NOTICE OF MOTION OF ARLENE PERO AND JILL SWERSKY
FOR A PROTECTIVE ORDER AND TO QUASH SUBPOENA
TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE
DIRECTED TO KIMBERLY STUART, ESQUIRE**

Creditors Arlene Pero ("Arlene") and Jill Swersky ("Jill" or collectively with Arlene, "Movants"), by and through their counsel, Obermayer Rebmann Maxwell & Hippel LLP, have filed a Motion For a Protective Order and to Quash Subpoena to Testify at a Deposition in a Bankruptcy Case Directed to Movants' attorney, Kimberly Stuart, Esquire.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 7 days before the hearing date, you or your attorney must:

File with the court a written response explaining your position at:

United States Bankruptcy Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Camden, N.J. 08101

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Angela L. Mastrangelo, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
1120 Route 73, Suite 420
Mount Laurel, NJ  08054

Attend the hearing scheduled to be held on August 25, 2020, at 11:00 a.m. in Courtroom 4C, United States Bankruptcy Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse 400 Cooper Street, 4th Floor, Camden, N.J. 08101.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  July 30, 2020          By:     */s/ Angela L. Mastrangelo*
                                       Angela L. Mastrangelo, Esquire
                                       Obermayer Rebmann Maxwell & Hippel LLP
                                       1120 Route 73, Suite 420
                                       Mount Laurel, NJ  08054
                                       Phone: (856) 795-3300
                                       Fax: (856) 482-0504
                                       *Counsel to Arlene Pero and Jill Swersky*