| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Edmond M. George, Esquire<br>Angela L. Mastrangelo, Esquire<br>Obermayer Rebmann Maxwell & Hippel LLP<br>1120 Route 73, Suite 420<br>Mt. Laurel, NJ 08054<br>(856) 795-3300<br>edmond.george@obermayer.com<br>angela.mastrangelo@obermayer.com<br>*Attorneys for Arlene Pero and Jill Swersky* | |
| **In re:**<br><br>**PRINCETON AVENUE GROUP, INC.,**<br><br>Debtor. | **Case No.:   19-19841 (JNP)**<br><br>**Chapter 11** |

## MOTION OF ARLENE PERO AND JILL SWERSKY FOR A PROTECTIVE ORDER AND TO QUASH SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE  DIRECTED TO KIMBERLY STUART, ESQUIRE

Creditors Arlene Pero ("Arlene") and Jill Swersky ("Jill" or collectively with Arlene, "Movants"), by and through their undersigned counsel, Obermayer Rebmann Maxwell & Hippel LLP, hereby file this Motion For a Protective Order and to Quash Subpoena to Testify at a Deposition in a Bankruptcy Case Directed to Movant's attorney, Kimberly Stuart, Esquire (the "Motion").  Movants will rely on the Memorandum of Law in Support of the Motion, Certification of Angela L. Mastrangelo, Esquire, along with any argument, testimony or other evidentiary support offered at any hearing conducted in connection with the Motion.

                                                Respectfully submitted,

Dated:  July 30, 2020                By: */s/ Angela L. Mastrangelo*
                                                Edmond M. George, Esquire
                                                Angela L. Mastrangelo, Esquire
                                                OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                                1120 Route 73, Suite 420
                                                Mt. Laurel, New Jersey 08054
                                                *Counsel to Arlene Pero and Jill Swersky*

1

4836-0954-2597