| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1** |
| Edmond M. George, Esquire |
| Angela L. Mastrangelo, Esquire |
| Obermayer Rebmann Maxwell & Hippel LLP |
| 1120 Route 73, Suite 420 |
| Mt. Laurel, NJ 08054 |
| (856) 795-3300 |
| edmond.george@obermayer.com |
| angela.mastrangelo@obermayer.com |
| *Attorneys for Arlene Pero and Jill Swersky* |

| | |
|---|---|
| **In re:** | **Case No.:   19-19841 (JNP)** |
| **PRINCETON AVENUE GROUP, INC.,** | **Chapter 11** |
| **Debtor.** | |

**ORDER GRANTING MOTION OF ARLENE PERO AND JILL SWERSKY TO QUASH SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE <u>DIRECTED TO KIMBERLY STUART, ESQUIRE</u>**

The relief set forth on the following page numbered two (2) is hereby

**ORDERED**.

1

Upon consideration of the creditors Arlene Pero ("Arlene") and Jill Swersky ("Jill" or collectively with Arlene, "Movants") to Motion for a Protective Order and to Quash the Subpoena for Testimony at a Deposition in a Bankruptcy Case directed to Kimberly Stuart, Esq, (the "Motion") dated July 20, 2020; and after notice and a hearing on the Motion and any responses thereto; it is hereby

ORDERED as follows:

1. The Movants' Motion is GRANTED in its entirety.
2. That the Subpoena dated July 20, 2020 directed to Kimberly Stuart, Esq. is hereby quashed.