**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1**

Edmond M. George, Esquire
Angela L. Mastrangelo, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
1120 Route 73, Suite 420
Mt. Laurel, NJ 08054
(856) 795-3300
edmond.george@obermayer.com
angela.mastrangelo@obermayer.com
*Attorneys for Arlene Pero and Jill Swersky*

**In re:**

**PRINCETON AVENUE GROUP, INC.,**

      **Debtor.**

**Case No.: 19-19841 (JNP)**

**Chapter 11**

# CERTIFICATION OF SERVICE

1. I, <u>Angela L. Mastrangelo</u>:
   ☒ represent the <u>Creditors Arlene Pero and Jill Swersky</u> in the above-captioned matter.
   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.
   ☐ am the _____ in the above case and am representing myself.

2. On <u>July 30, 2020</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Motion of Creditors Arlene Pero and Jill Swersky For a Protective Order and to Quash Subpoena to Testify at a Deposition in a Bankruptcy Case Directed to Movant's attorney, Kimberly Stuart, Esquire
   - Proposed form of Order
   - Certificate of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Dated: <u>July 30, 2020</u>          /s/ *Angela L. Mastrangelo*
                                                    Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Ellen M. McDowell<br>McDowell Law, PC<br>46 W. Main St.<br>Maple Shade, NJ 08052 | Attorney for Debtor Princeton Avenue Group, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jeffrey M. Sponder<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | Chapter 11 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Janet Gold<br>Eisenberg, Gold & Agrawal, P.C.<br>1040 North Kings Highway<br>Suite 200<br>Cherry Hill, NJ 08034 | Attorney for Creditor Liberty Bell Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Susan B. Fagan-Rodriguez<br>14 Elm Street<br>Morristown, NJ 07960 | Attorney for Creditor US Bank as Cust BV002 Trust & Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |