| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>Edmond M. George, Esquire<br>Angela L. Mastrangelo, Esquire<br>Obermayer Rebmann Maxwell & Hippel LLP<br>1120 Route 73, Suite 420<br>Mt. Laurel, NJ 08054<br>(856) 795-3300<br>edmond.george@obermayer.com<br>angela.mastrangelo@obermayer.com<br>*Attorneys for Arlene Pero and Jill Swersky* | |
| **In re:**<br><br>**PRINCETON AVENUE GROUP, INC.,**<br><br>          **Debtor.** | **Case No.:   19-19841 (JNP)**<br><br>**Chapter 11** |

## ORDER DENYING THE DEBTOR'S MOTION FOR A PROTECTIVE ORDER

The relief set forth on the following page numbered two (2) through (3) is hereby **ORDERED**.

1

4811-2481-9398

Upon consideration of the Debtor's Motion for a Protective Order (the "Motion"); and the opposition of creditors Arlene Pero ("Arlene") and Jill Swersky ("Jill" or collectively with Arlene, "Creditors") (the "Objections"); and after notice and a hearing on the Motion and Objections thereto; and the Court having found that the Debtor failed to meet its burden for a protective order, and the discovery sought by the Creditors is relevant to the Debtor's claim objections; it is hereby

ORDERED as follows:

1. The Debtor's Motion is DENIED, in its entirety.
2. The Objections are sustained.
3. The Creditors may take the deposition of the Debtor on items 1, 3-5, 9-12, as well as the agreed upon items 7-8 and 13-14 listed in the Second Notice of Deposition.
4. The Debtor shall to produce documents electronically to the Creditors in response to the 4 document requests in the Second Notice, at least 2 days prior to the Debtor's deposition.
5. Either party can request a conference with the Court if there is a dispute during the deposition or if the Debtor fails to produce documents.

4811-2481-9398