B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): Tzitzifas & Co.
on (date) 7/9/2020 .

☒ I served the subpoena by delivering a copy to the named person as follows: by Express mail on 7/10/2020 and by Certified Mail on 7/11/2020
_____ on (date) _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ n/a .

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true and correct.

Date: 7/31/2020

_____
Server's signature

Coleen Schmidt, Paralegal
Printed name and title

Centre Square West, 1500 Market Street, Suite 3400
Philadelphia, PA 19102
Server's address

Additional information concerning attempted service, etc.:

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013. All rights reserved.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS®

UNITED STATES POSTAL SERVICE®

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 215 ) 665-365
OBERMAYER REBMANN MAXWELL
WEST TOWER
1500 MARKET ST STE 3400
PHILADELPHIA, PA 19102-2100

CS

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE ( )

Tzitzifas + Co
c/o Gus Tzitzifas
12 S. Princeton Ave.
Wenonah, NJ
0 8 0 9 0 -

EF 236 094 067 US

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage $
Date Accepted (MM/DD/YY)    Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON    Insurance Fee $    COD Fee $
Time Accepted ☐ AM ☐ PM    10:30 AM Delivery Fee $    Return Receipt Fee $    Live Animal Transportation Fee $
Special Handling/Fragile $    Sunday/Holiday Premium Fee $    Total Postage & Fees $
Weight   lbs.   ozs.  ☐ Flat Rate    Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature
Delivery Attempt (MM/DD/YY)    Time ☐ AM ☐ PM    Employee Signature

LABEL 11-F, JULY 2018    PSN 7690-02-000-9996

$026.35⁰
PITNEY BOWES
JUL 09 2020
MAILED FROM ZIP CODE 19102

UNITED STATES POSTAL SERVICE

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

VISIT US AT USPS.COM®

PRIORITY MAIL ★ EXPRESS™
FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

July 2013  OD: 12.5 x 9.5

ALERT: **DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...**

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** EF236094067US

Scheduled Delivery by

# FRIDAY

**10** JULY 2020 ⓘ  by  **12:00pm** ⓘ

## ✓ Delivered

July 10, 2020 at 2:19 pm
Delivered, In/At Mailbox
SEWELL, NJ 08080

Get Updates ⌄

---

Text & Email Updates                                        ⌄

---

Proof of Delivery                                           ⌄

---

Tracking History                                            ⌄

---

Product Information                                         ⌄

---

See Less ⌃



ALERT: **DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...**

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** 70191120000223006046

Your item was delivered to an individual at the address at 11:57 am on July 11, 2020 in WENONAH, NJ 08090.

## ✓ Delivered

July 11, 2020 at 11:57 am
Delivered, Left with Individual
WENONAH, NJ 08090

Get Updates ∨

---

Text & Email Updates                                                              ∨

---

Tracking History                                                                  ∨

---

Product Information                                                               ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.